ACCEPTED
06-15-00042-cv
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
12/18/2015 2:30:26 PM
DEBBIE AUTREY
CLERK

No. 06-15-00042-CV

IN THE SIXTH COURT OF APPEALS
WACO, TEXAS

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
12/18/2015 2:30:26 PM
DEBBIE AUTREY
Clerk

ALLSTATE INSURANCE COMPANY,

Appellant/Cross-Appellee,

v.

MARGARET JORDAN,

Appellee/Cross-Appellant.

ON APPEAL FROM THE 170th JUDICIAL DISTRICT COURT
OF MCLENNAN COUNTY, TEXAS, NO. 2014-243-4

## JOINT MOTION FOR
## EXTENSION OF TIME TO FILE BRIEFS

TO THE HONORABLE JUDGE OF SAID COURT:

Appellant/Cross-Appellee, Allstate Insurance Company ("Allstate"), and Appellee/Cross-Appellant, Margaret Jordan ("Jordan") file this Joint Motion to Extend Time to File Briefs and would show this Court the following:

1. Allstate's and Jordan's appellate briefs are due on Wednesday, December 30, 2015. Allstate and Jordan request an extension of thirty (30) days, or until January 29, 2016, to file their briefs.

2. Jordan's counsel has a pre-paid vacation during the Christmas holidays and needs additional time to review the appellate record and prepare Jordan's brief. Allstate's

JOINT MOTION FOR EXTENSION OF TIME TO FILE BRIEFS - PAGE 1
2324820v1
03645.012

counsel has a brief due in another case on December 28, 2015. She will also need additional time to review the appellate record in this case and prepare Allstate's brief. Therefore, Allstate joins this request for an extension of time to file its brief as well.

3. This is the parties' first request for extension of time to file their briefs.

4. For these reasons, Allstate and Jordan respectfully request an extension of time until January 29, 2016, to file their appellate briefs. Allstate and Jordan also request such other and further relief to which they are justly entitled.

Allstate and Jordan pray that the Court grant this Joint Motion for Extension of Time. They also pray for such other relief to which they may be justly entitled.

Respectfully submitted,

/s/Jacquelyn Chandler
      Jacquelyn Chandler
      State Bar No. 24001866
      Roger D. Higgins
      State Bar No. 09601500

THOMPSON, COE, COUSINS & IRONS, L.L.P.
700 North Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone:   (214) 871-8200
Facsimile:   (214) 871-8209
Email:      jchandler@thompsoncoe.com
Email:      rhiggins@thompsoncoe.com

John M. Causey
State Bar No. 04019100
P. O. Box 3188
Conroe, Texas 77305-3188
(936) 441-4673 - Metro
(936) 441-4674 – Telecopier
Email:        John@hope-causey.com

**ATTORNEYS FOR APPELLANT/
CROSS-APPELLEE
ALLSTATE INSURANCE COMPANY**


/s/David G. Tekell (**w/permission)
David G. Tekell
State Bar No. 19763950

TEKELL & ATKINS, L.L.P.
P. O. Box 23248
Waco, TX 76702-3248
Telephone: 254-776-5095
Facsimile: 254-776-5091
Email:        david@tekellatkins.com

**ATTORNEY FOR APPELLEE/
CROSS-APPELLANT
MARGARET JORDAN**


## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was sent to all counsel of record via electronic notice and/or certified mail, return receipt requested on this 18th day of December, 2015.


By:    /s/Jacquelyn Chandler
       Jacquelyn Chandler

STATE OF TEXAS         §
                       §
COUNTY OF DALLAS       §

BEFORE ME, the undersigned notary public, on this day personally appeared Jacquelyn Chandler who being by me first duly sworn, on her oath, deposed and said that she is the lead appellate counsel for Allstate Insurance Company, Appellant/Cross-Appellee, in this case, and that she has read this Joint Motion for Extension of Time to File Briefs and that the statements contained within are, based upon information and belief, true and correct.

_____
Jacquelyn Chandler

SUBSCRIBED AND SWORN TO BEFORE ME by Jacquelyn Chandler on this the 18th day of December, 2015, to certify which witness my hand and official seal.

_____
Notary Public, State of Texas

My Commission Expires: ___9-19-19___



CATHY SCHMITZ
Notary Public
STATE OF TEXAS
My Comm. Exp. Sept. 19, 2019